# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF RESIGNATION OF LISA G. LEWALLEN, BAR NO. 7424.

No. 78024

**FILED**

FEB 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney Lisa G. Lewallen for her resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Lewallen; and that she is current on all membership fee payments and other financial commitments relating to her practice of law in this state. *See* SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 98(5)(a)(2). Lewallen acknowledges that her resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 98(5)(c)-(d). Finally, Lewallen has submitted an affidavit of compliance with SCR 115. *See* SCR 98(5)(e).

SUPREME COURT
OF
NEVADA

(O) 1947A

19-06514

The petition satisfies the requirements of SCR 98(5). Accordingly, we approve attorney Lisa G. Lewallen's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____, C.J.

cc: Bar Counsel, State Bar of Nevada
Lisa G. Lewallen
Executive Director, State Bar of Nevada
Admissions Office, United States Supreme Court